UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Anthony Stout, et al.

                Plaintiff,

v.                                          Case No.: 4:10–cv–01942
                                              Judge Kenneth M. Hoyt

Universal Ensco, Inc

                Defendant.

TYPE OF CASE:        Civil

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Kenneth M. Hoyt

**PLACE:**
Courtroom 11A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/17/12

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Jury Trial

Date:    September 6, 2012

                                                                                              David J. Bradley, Clerk